IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | NO. 09-361-01 |
| MAHN HUU DOAN | : | |

## ORDER

**AND NOW**, this 14th day of December, 2011, upon consideration of the Motion to Dismiss Without Prejudice Count of Indictment (Document No. 142), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Count Two of the Superseding Indictment as to the defendant Mahn Huu Doan, a/k/a "Bruce Doan," is **DISMISSED WITHOUT PREJUDICE**.

    /s/Timothy J. Savage
    TIMOTHY J. SAVAGE, J.